Submitted April 23, affirmed May 22, 2013

JOSE RICARDO RODRIGUEZ-ALMANZA,
*Petitioner-Appellant,*

*v.*

Rick COURSEY,
Superintendent, Eastern Oregon Correctional Institution,
*Defendant-Respondent.*

Umatilla County Circuit Court
CV101445; A148585

301 P3d 976

James N. Varner filed the brief for appellant.

Mary H. Williams, Deputy Attorney General, Anna M. Joyce, Solicitor General, and Jeff J. Payne, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Chief Judge, and Brewer, Judge pro tempore.

PER CURIAM

